BRENT L. RYMAN, ESQ. (#008648)
B. RYMAN LAW, PLLC
P.O. Box 1751
Reno, Nevada 89505
(775) 444-7225
brymanlawpllc@gmail.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

GARY SMITH,

Plaintiff,

vs.

LYON COUNTY, a political subdivision of the State of Nevada; BRAD POPE, in his official capacity as Sheriff of Lyon County; TRAVIS J. MASTERSON; WILLIAM D. McDANIEL; and DOES I through X, inclusive;

Defendants.
______________________________________/

Case No.: 3:26-cv-00859-MMD-CSD

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE APPEAR IN RESPONSE TO COMPLAINT (ECF No. 1)**

*(First Request)*

Defendants, LYON COUNTY, BRAD POPE, TRAVIS MASTERSON and WILLIAM McDANIEL (hereinafter, "Defendants"), by and through their Attorney of Record, BRENT L. RYMAN, ESQ., and Plaintiff, GARY SMITH, by and through his Attorney of Record, LUKE BUSBY, ESQ., pursuant to FRCP Rule 6(b)(1)(A) and LR IA 6-1, hereby stipulate and agree upon a reasonable extension of time for Defendants to answer or otherwise appear in response to Plaintiff's Complaint (ECF No. 1), subject to approval of the Court, as follows:

1. Plaintiff filed his Complaint (ECF No. 1) on November 2, 2026. According to his Proofs of Service filed with the Court (ECF No. 4-7), Defendants were served on November 4, 2026, making their initial appearances due November 25, 2026.

2. The parties stipulate to extend the deadline for all Defendants to answer or otherwise appear in response to the Complaint up to and including Monday, December 14, 2026.

3. Good cause exists for the requested extension to permit defense counsel sufficient time to preliminarily investigate the allegations, confer with his clients, evaluate and prepare appropriate responses to Plaintiff's Complaint (ECF No. 1).

4. This is the first request for an extension of Defendants' response deadline. No previous extensions have been requested or granted. The extension is sought in good faith and not for the purpose of delay.

5. This stipulation does not waive any defense or objections otherwise available to Defendants, save and except for any objections to the manner of service of process effected under Rule 4.

DATED this 19th day of November, 2026.

B. RYMAN LAW, PLLC

BRENT L. RYMAN, ESQ. (#008648)
B. RYMAN LAW, PLLC
P.O. Box 1751
Reno, Nevada 89505
(775) 444-7225
*Attorneys for Defendants*

/s/ Luke Busby
LUKE BUSBY, ESQ. (#010319)
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
*Attorney for Plaintiff, Gary Smith*

IT IS SO ORDERED.

DATED this 19th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5, I certify that I am an employee of B. RYMAN LAW, PLLC, and that on this date I caused to be served a true and correct copy of the attached document using the following method:

□ U.S. Mail

□ Facsimile Transmission

□ Personal Service

□ Messenger Service

X CMECF Electronic Filing

Upon the following counsel and/or their counsel of record:

**ALL PARTIES AS STATED IN CMECF SERVICE LIST**

DATED this 19th day of November, 2026.

__________Brent Ryman__________

B. RYMAN LAW
P.O. Box 1751
Reno, Nevada 89505
(775) 444-7225